IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00741-RPM

DONIK SPORTS, INC., an Illinois corporation,

        Plaintiff,

v.

NICHOLAS E. DIXON, JR., individually and as sole proprietor,
NEDCO SPORTS PRODUCTS, INC., an Alabama corporation,
DIXON AND ASSOCIATES,
HIT2WIN,

        Defendants.
_____

ORDER DENYING MOTION TO DISMISS
_____

On June 27, 2005, defendants Nicholas E. Dixon, Jr., and Dixon and Associates filed a motion to dismiss claims against them pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(3), together with a supporting memorandum and affidavit of Nicholas E. Dixon. On consideration of the complaint, with attachments, and the plaintiff's response to the motion, the plaintiff has made a *prima facie* showing of personal jurisdiction for the federal claims in this case, based on the website advertising, which forms a core element in the plaintiff's federal claims.  The final determination of personal jurisdiction will depend upon the factual support for the merits of the case and it is fair to permit the case to go forward to develop the issues.  It is therefore

ORDERED that the motion to dismiss is denied.

DATED: October 20, 2005

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge