IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00741-RPM

DONIK SPORTS, INC.,

        Plaintiff,

v.

NICHOLAS E. DIXON, JR., individually and as sole proprietor;
NEDCO SPORTS PRODUCTS,INC. an Alabama corporation;
DIXON AND ASSOCIATES and
HIT2WIN,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

      Defendant's Motion to File First Amended Answer and Counterclaim (Doc. #26) is granted.

Dated:  February 6, 2006