IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00741-RPM

DONIK SPORTS, INC., an Illinois corporation,

       Plaintiff,

v.

NICHOLAS E. DIXON, JR., individually and as sole proprietor,
NEDCO SPORTS PRODUCTS, INC., an Alabama corporation,
DIXON AND ASSOCIATES,
HIT2WIN,

       Defendants.

_____

ORDER
_____

Upon consideration of the Second Stipulated Motion to Amend Scheduling Order (Doc. 43), filed on March 14, 2006, it is

ORDERED that the motion is granted and the deadline to amend pleadings is extended to April 20, 2006.

Dated:  March 15, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge