IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00741-RPM

DONIK SPORTS, INC., an Illinois corporation,

        Plaintiff,

v.

NICHOLAS E. DIXON, JR., individually and as sole proprietor,
NEDCO SPORTS PRODUCTS, INC., an Alabama corporation,
DIXON AND ASSOCIATES,
HIT2WIN,

        Defendants.

_____

ORDER
_____

Upon consideration of the Third Stipulated Motion to Amend Scheduling Order (Doc. 62), filed on May 2, 2006, it is

ORDERED that the motion is granted and the Scheduling Order is amended as follows:

1. The discovery cut-off date for non-expert related discovery is extended until July 17, 2006, with responses due August 15, 2006.

2. The discovery cut-off date for expert-related discovery is extended until July 31, 2006, with responses due August 30, 2006.

3. The deadline for designation of experts and for the provision to opposing counsel and any pro se party of all information specified in Fed. R. Civ. P. 26(a)(2) is extended until June 30, 2006.

4. The deadline for designation of any rebuttal expert and for the provision to opposing counsel and any pro se party of all information specified in Fed. R. Civ. P. 26(a)(2) is extended until July 31, 2006.

Dated: May 3, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge