IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00741-RPM

DONIK SPORTS, INC., an Illinois corporation,

        Plaintiff,

v.

NICHOLAS E. DIXON, JR., individually and as sole proprietor,
NEDCO SPORTS PRODUCTS, INC., an Alabama corporation,
DIXON AND ASSOCIATES,
HIT2WIN,

        Defendants.
_____

ORDER FOR CLARIFICATION
_____

On July 12, 2006, Defendants Nicholas E. Dixon, Jr., Nedco Sports Products, Inc., Dixon and Associates, and Hit2Win filed a Motion for Second Amendment of Counterclaims and Joinder of Donald Gipple as an additional counterclaim defendant. The proposed pleading was submitted with the motion, together with a memorandum in support of it. On July 18, 2006, the parties filed a "Joint Notice of Mediation" indicating that they have agreed to mediate this case and on August 1, 2006, the plaintiff filed a response to the motion for amendment of counterclaims and joinder of party.

It is unclear to this Court how the parties now wish to proceed. The Notice of Mediation was not joined with a joint motion or a stipulation for a stay in this case and the proposed amended counterclaims include a claim for patent infringement and seek personal liability of Donald Gipple. As noted in the plaintiff's response, these issues

will expand the scope of this litigation.  According, it is

      ORDERED that on or before August 21, 2006, the parties shall clarify their notice of mediation to indicate whether they are agreed upon a stay of further proceedings pending the effort at mediation or wish the Court to proceed to rule on the pending motion.

      Dated:  August 4, 2006

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge