# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00741-RPM

DONIK SPORTS, INC., an Illinois corporation,

    Plaintiff and Counterclaim Defendant,

v.

NICHOLAS E. DIXON, JR., et al.

    Defendants.

---

## STIPULATED CONSENT DECREE IN SETTLEMENT OF CLAIMS

---

WHEREAS the parties, through mediation utilizing the Judicial Arbiter Group, Inc. located in Denver, Colorado, have agreed to settlement of this action according to a certain Settlement Agreement executed by the parties on August 18, 2006. This Consent Decree in Settlement of Claims resolves all issues raised by the parties in this action, and the parties accept this Consent Decree in Settlement of Claims as final and binding among themselves as to the issues resolved herein. The parties hereby agree as follows:

1. The parties waive entry of findings of fact and conclusions of law;

2. The parties agree that the case shall be dismissed with prejudice, each party to bear its own attorney's fees and costs; and

3. The parties waive all rights to appeal.

1

THEREFORE, on the joint motion of the parties, it is hereby ORDERED and DECREED as follows: This Court has jurisdiction of the subject matter and of the parties, and this Court shall retain jurisdiction of this matter for purposes of enabling the parties to this Consent Decree in Settlement of Claims to apply to the Court at any time for such further orders or directives as may be necessary or appropriate for the interpretation or modification of this Consent Decree in Settlement of Claims, including a certain Settlement Agreement executed by the parties on August 18, 2006, for the enforcement or compliance therewith, or for the punishment or violations thereof. The case is hereby dismissed, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 5 day of September, 2006.

_/s/ Richard P. Matsch_

Senior District Judge Richard P. Matsch

The parties, by and through their counsel, hereby consent to the terms and conditions of this consent Decree as set forth above and consent to the entry thereof.

s/ Sheila M. Heidmiller
Sheila M. Heidmiller (AZ 022494; WA 31801)
MACHELEDT BALES & HEIDMILLER LLP
7248 E. Tasman Street
Mesa, AZ 85207
(480) 773-7807
Facsimile (480) 773-7809
Email: sheilah@mbh-law.com
*Attorneys for Plaintiff*

s/ Steven B. Ray
Steven B. Ray (CO 5435)
RAY, JOUARD & PICKERING, P.C.
2038 Caribou Drive, Suite 100
Fort Collins, CO 80525
(970) 482-1977
Facsimile (970) 225-6649
Email: sbr@rj-law.com
*Attorneys for Plaintiff*

s/ Thomas P. Howard
Thomas P. Howard, Esq.
GARLIN DRISCOLL HOWARD, LLC
245 Century Circle, Suite 101
Louisville, CO 80027
Tel: (303) 926-4222
Fax: (303) 926-4224
thoward@gdhlaw.com
*Attorneys for Defendants*